IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALTON E. DEAN,

        Plaintiff,                    No. CIV S-10-0672 MCE GGH P

    vs.

MICHELLE STREET, et al.,

        Defendants.             ORDER

_____/

        On July 26, 2010, plaintiff filed a request for appointment of counsel. Judgment in this civil rights action was entered pursuant to the Order, filed on May 6, 2010, dismissing this civil rights action with prejudice for failure to state a claim upon which relief may be granted. Plaintiff filed an appeal to the Ninth Circuit, which according to the court's case docket, was processed on May 30, 2010. Therefore, plaintiff, as appellant, should direct any request for appointment of counsel to the Ninth Circuit Court of Appeals. Plaintiff's request for appointment of counsel in this court (docket # 20) will be denied as inapposite.

        IT IS SO ORDERED.

DATED: September 28, 2010        /s/ Gregory G. Hollows
                                                 UNITED STATES MAGISTRATE JUDGE

GGH:009
dean0672.ord2